IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELTON, III, | No. CIV S-09-1020-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| McDONALD, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On May 21, 2009, the court directed Petitioner to show cause in writing, within 30 days, why his petition for a writ of habeas corpus should not be summarily dismissed, without prejudice, for failure to exhaust his state court remedies. Petitioner was warned that failure to respond to the order may result in dismissal of the action for these reasons, as well as for failure to prosecute and comply with court rules and orders. To date, Petitioner has not responded.

/ / /

1 | The court, therefore, finds it appropriate to dismiss this action for Petitioner's
2 | failure to exhaust his state court remedies, well as for failure to prosecute and comply with court
3 | rules and orders.  The Clerk of the Court is directed to enter judgment of dismissal and close this
4 | file.
5 |        IT IS SO ORDERED.

 DATED: August 5, 2009

                                                                  /s/ Craig M. Kellison
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE